IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Olegario Palma-Meza,<br><br>           Defendant | No. 18-1660MJ<br><br>**ORDER** |

Upon motion of the Federal Public Defender, and good cause appearing therefor,

IT IS HEREBY ORDERED that Assistant Federal Public Defender Brenda A. Sandoval and the office Federal Public Defender be relieved as counsel of record in the instant case effective immediately.

IT IS FURTHER ORDERED appointing CJA Panel Attorney Dori Zavala as attorney of record for all further proceedings in the matter.

The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.

Dated this 29th day of June, 2018.

Honorable James F. Metcalf
United States Magistrate Judge